UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

| | |
|---|---|
| AMY JO HICKS, ) | |
| ) | |
| *Plaintiff;* ) | |
| ) | |
| v. ) | No. 16-cv-00154-ART |
| ) | |
| CAROLYN W. COLVIN, COMMISSIONER ) | |
| OF SOCIAL SECURITY, ) | |
| ) | |
| *Defendant.* ) | |

## MOTION FOR PRELIMINARY INJUNCTION

The Plaintiff, Amy Jo Hicks, moves the Court under Federal Rule of Civil Procedure 65(a) for a preliminary injunction without payment of security bond to secure the status quo for Ms. Hicks and her family. The grounds for Ms. Hicks's motion are provided in the attached supporting memorandum of law.

Ms. Hicks seeks an order from the Court to enjoin the Defendant to reinstate her Supplemental Security Income disability benefits flowing from her 2008 award of benefits while her challenge to Social Security's "redetermination" procedures (resulting in the 2016 denial of benefits) is pending via the present suit. Ms. Hicks asks that her benefits be reinstated and made current. Ms. Hicks also requests such other and further relief as the Court deems appropriate to protect the positions of the parties and prevent irreparable harm to Ms. Hicks during the pendency of this suit.

Ms. Hicks respectfully requests that the Court issue the requested preliminary injunction to reinstate Ms. Hicks benefits pending a final decision in this action.

Respectfully submitted,

/s/ _Joseph Lane_____
JOSEPH LANE
Pillersdorf, DeRossett & Lane
124 W Court Street
Prestonsburg, KY 41653
(606) 886-6090
*Attorney for Amy Jo Hicks*

## CERTIFICATE OF SERVICE

I certify that on August 10, 2016 the foregoing document was submitted via ECF, which will send a notice of electronic filing to John S. Osborn, III, Esq., counsel for the Commissioner.

/s/ _Joseph Lane_____
JOSEPH LANE